CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 14-7480

DIVISION F-7

VICKIE BUCHANAN

VERSUS

CIRCLE K STORES, INC. AND
TRAVELERS INDEMNITY COMPANY

Deposition of VICKIE BUCHANAN, taken on November 3, 2014, in the Law Offices of Edward J. Womac, Jr. & Associates, 3501 Canal Street, New Orleans, Louisiana 70119.

REPORTED BY:
    LESLIE L. NICOSIA
    CERTIFIED COURT REPORTER



```
 1                    A P P E A R A N C E S

 2


 3   REPRESENTING VICKIE BUCHANAN:

 4       THE LAW OFFICES OF EDWARD J. WOMAC, JR.
         & ASSOCIATES
 5       BY:  ANTHONY J. MILAZZO, III, ESQ.
         3501 Canal Street
 6       New Orleans, Louisiana 70119

 7
     REPRESENTING CIRCLE K STORES, INC. AND TRAVELERS
 8   INDEMNITY COMPANY:

 9       THE LAW OFFICES OF KEOGH, COX & WILSON
         BY:  TORI S. BOWLING, ESQ.
10       701 Main Street
         Baton Rouge, Louisiana 70802
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X
 2                                                    PAGE
 3     Title.................................  1
 4     Appearances...........................  2
 5     Index.................................  3
 6     Stipulation...........................  4
 7     EXAMINATION BY:
 8          MS. BOWLING......................  5
 9
                          E X H I B I T S
10
       Exhibit 1
11          Diagram Drawn by Witness.......... 83
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    S T I P U L A T I O N
 2
 3              It is stipulated and agreed by and
 4      between counsel for the parties that the
 5      deposition of VICKIE BUCHANAN, is hereby taken
 6      pursuant to the Louisiana Code of Civil
 7      Procedure, in accordance with law, pursuant to
 8      Notice, on November 3, 2014, in the Law Offices
 9      of Edward J. Womac, Jr. & Associates;
10              That the formalities of sealing,
11      certification and filing are hereby specifically
12      waived;
13              That the reading and signing is
14      specifically waived;
15              That all objections, save those as to
16      the form of the question, are hereby reserved
17      until such time as this deposition, or any part
18      thereof, may be used or sought to be used in
19      evidence;
20              That Leslie L. Nicosia, Certified
21      Court Reporter, in and for the State of
22      Louisiana, officiated in administering the oath
23      to the above-named witness.
24
25
```

```
 1      Q.   After you made that report to the
 2 manager, did you and your husband leave the
 3 store?
 4      A.   Yes.
 5      Q.   Did you leave the store in your own
 6 vehicle or in the ambulance?
 7      A.   In our own vehicle.
 8      Q.   What kind of car were you driving that
 9 day?
10      A.   A Dodge truck.
11      Q.   What color was it?
12      A.   White.
13      Q.   When you left the store, where did you
14 go?
15      A.   I went home because I was -- my head
16 was hurting.  I was nauseated.  I wanted to go
17 home.  I was tired.
18      Q.   Did you hit your head in the store?
19      A.   I don't recall.
20      Q.   When was it that you first saw a
21 medical provider after this accident?
22      A.   Two days later.
23      Q.   At that point two days after this
24 accident, what parts of your body did you feel
25 pain in?
```

```
 1        A.    My neck, my back, my left arm, my
 2   right knee, groin, and hip.
 3        Q.    Who did you see?
 4        A.    Daughters of Charity.
 5        Q.    Was there any one particular doctor
 6   there that you saw?
 7        A.    Dr. Bronsyn.
 8        Q.    Is he your family doctor?
 9        A.    Yes.  She.
10        Q.    Dr. Bronsyn would be someone you had
11   seen before this accident?
12        A.    Yes.
13        Q.    At that visit two days after, what did
14   Dr. Bronsyn do for you?
15        A.    She prescribes mild pain medication
16   and some x-rays and took me off work.  She wrote
17   a note for me to get off work.
18        Q.    What parts of your body did she x-ray?
19        A.    My back.  I don't recall if she did my
20   leg.  I think she did my leg, but I don't
21   recall.
22        Q.    Do you recall any of the diagnoses she
23   gave you at that first visit?
24        A.    No, I don't.
25        Q.    You don't remember her saying what was
```

```
 1      A.    Dr. Johnston.
 2      Q.    Do you recall about when it was that
 3 he did that; how long ago?
 4      A.    I don't.
 5      Q.    Have you consistently treated from the
 6 time of this accident until now?
 7      A.    Yes.
 8      Q.    Are you still treating with any doctor
 9 right now?
10      A.    Yes.
11      Q.    Who?
12      A.    I'm treating with -- I'm still with
13 Dr. Johnston.  I went to Advanced Therapy.
14      Q.    That would be for physical therapy?
15      A.    Yes.
16      Q.    What period of time was it that you
17 went to the therapy?
18      A.    I don't recall the dates.
19      Q.    I'm trying to get a feel for whether
20 it was a year ago or last week.
21      A.    Oh, no, it wasn't last week.  It
22 wasn't a year ago.  Can I say approximately six
23 months ago?
24      Q.    Did the therapy help?
25      A.    It was helping with some of my pain,
```

```
 1   not all of it.
 2        Q.    What areas on your body did it help?
 3        A.    When I was in traction, it helped for
 4   the moment.
 5        Q.    Would that be for your neck?
 6        A.    Traction in my neck.
 7        Q.    As you sit here today, what parts of
 8   your body are you still having problems with?
 9        A.    I'm still having problems with my
10   neck, my lower back.  I have a torn rotator cuff
11   in my left arm.  It doesn't hurt that bad unless
12   I extend it out or lift.  My knee is hurting.
13        Q.    Have the issues with your groin and
14   the hip pretty much resolved?
15        A.    No.  Actually, the groin, I had to get
16   a shot the other day because it was hurting so
17   bad.
18        Q.    Who did that shot?
19        A.    The Physician's Healthcare, I believe.
20   Can I ask you a question?
21        Q.    Sure.  I'm not sure I can answer it.
22        A.    You said -- Were you finished asking
23   me about all the places I had treated, or were
24   you going to ask more?
25        Q.    I'm going to ask more.  I want to make
```

```
 1   sure I've gotten it all.  I have your neck, your
 2   low back, your left arm, your right knee, your
 3   groin, and your hip?
 4        A.    I'm not having problems with my hip
 5   anymore.
 6        Q.    Would that have been your right hip or
 7   your left hip?
 8        A.    It went across.
 9        Q.    Was it more in the front of your body
10   or more in the back?
11        A.    More from the front.
12        Q.    That pain is gone?
13        A.    Yes.
14        Q.    How long did it take for that pain to
15   resolve?
16        A.    Approximately seven months.
17        Q.    What did you understand Dr. Johnston
18   believes is wrong with your neck, if you know?
19        A.    I know I have disc issues in my neck,
20   bulging or herniated discs in my neck.
21        Q.    Where in your neck is the pain
22   located?
23        A.    In the back.
24        Q.    In the center?
25        A.    Yes, and off to the right also.
```

1    located?

2        A.    Right here in the palm, mostly around

3    the palm, but in my fingers.

4        Q.    Has Dr. Johnston done anything to

5    treat your neck pain?

6        A.    He sent me to -- The neck pain, he did

7    prescribe a medication.  He did prescribe the

8    therapy.

9        Q.    Has he done any types of injections to

10   your neck?

11       A.    Not to my neck.

12       Q.    Has he recommended any injections?

13       A.    I would have to look into my medical

14   record.  I believe so.

15       Q.    You believe he has recommended them?

16       A.    Yes.

17       Q.    You have not had them done?

18       A.    I have not.

19       Q.    What about surgeries, have you and

20   Dr. Johnston ever discussed the possibility of

21   surgery in your neck?

22       A.    I believe Dr. Johnston has recommended

23   surgery.

24       Q.    You have not had the surgery?

25       A.    I have not had surgery.

 1        A.    You want me to show you?
 2        Q.    I would rather you describe it in
 3   words because the court reporter can't take down
 4   your motions.  I understand it's not an exact
 5   science.  Is it more to one side versus the
 6   other or more the center?
 7        A.    The center.  Should I say near the
 8   coccyx bone?
 9        Q.    That's perfect.
10        A.    And above the coccyx bone.
11        Q.    Above your tailbone in the center?
12        A.    Yes.
13        Q.    Does that pain radiate down either of
14   your extremities?
15        A.    Every day.
16        Q.    Where is that sensation when you feel
17   it?
18        A.    Down the back of my legs and inner
19   thigh.
20        Q.    On both legs?
21        A.    Yes.
22        Q.    Has Dr. Johnston provided you any type
23   of diagnosis for your low back?
24        A.    I have also disc bulges or
25   herniations.

```
 1      Q.    Do you have them scheduled?
 2      A.    No.
 3      Q.    Has he recommended surgery to the low
 4   back?
 5      A.    I have to look in my medical.  I
 6   believe, yes.
 7      Q.    Are you at a point with the pain in
 8   your neck and low back that you would entertain
 9   having surgery?
10      A.    Yes.
11      Q.    At this point, you have no surgery
12   scheduled?
13      A.    I don't have anything scheduled.
14      Q.    Tell me about the low back as far as
15   how you've progressed.  Has your pain gotten
16   better or worse since the day of this accident
17   with treatment?
18      A.    The pain hasn't gotten any better.
19   Having pain every single day going down the back
20   of your legs, to me, that's worse.
21      Q.    Do you take medication every day?
22      A.    Not every day.  I don't want to kill
23   my liver.
24      Q.    When do you take it?
25      A.    I take a muscle spasm -- I probably
```

```
 1        A.    I had a lot of pain a couple of days
 2   -- The day of the accident, I had a lot of pain.
 3   I had a warm sensation that went down my arm and
 4   a lot of pain.  The lifting of my arm,
 5   immediately, it was hard to lift my arm without
 6   pain.
 7        Q.    Has Dr. Johnston treated your shoulder
 8   complaints also?
 9        A.    Yes.
10        Q.    What has he told you about the
11   shoulder problem?
12        A.    I have a full-thickness rotator cuff
13   tear in my left shoulder.  I did get a shot for
14   that.
15        Q.    Has he recommended surgery?
16        A.    Yes.
17        Q.    Do you have the surgery scheduled?
18        A.    I don't.
19        Q.    Do you have any intentions of having
20   it?
21        A.    It's not that I don't have any
22   intentions.  I'm waiting for them to schedule
23   it.  That's with the other injuries as well.
24   It's not that I don't have any intentions of not
25   having it; it's a wait, whenever they schedule
```