UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BUCHANAN | CIVIL ACTION |
| VERSUS | CASE NO. 14-2690 |
| CIRCLE K STORES INC. et al | SECTION: "G"(4) |

### J U D G M E N T

Considering the Court's Order granting summary judgment on behalf of defendant Circle K Stores, Inc.,[1] and in light of the parties' joint motion for voluntary dismissal as to defendant Travelers Indemnity Co.;[2]

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE** as to defendant Circle K Stores, Inc.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** as to defendant Travelers Indemnity Co.

**New Orleans, Louisiana**, this 15th day of October, 2015.

_____
**NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 36.

[2] Rec. Doc. 38.